**No. 61348.**—Union Carbide & Carbon Corporation et al. *v.* United States, protests 248762–K, etc. (New York).

Opinion by WILSON, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 14, 1957

**No. 61349.**—Cornman, Vellis & Co. and Williams, Clarke Co. *v.* United States, protest 306836–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61350.**—Eastern Airlines, Inc. *v.* United States, protest 199955–K (New York).

Opinion by DONLON, J. The protest was dismissed.